ACCEPTED
05-15-01258-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/30/2015 4:17:14 PM
LISA MATZ
CLERK

No-05-15-01258-CR
NO. F-15-00427-M

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 194th JUDICIAL |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| JERRY NOLAN | § | DALLAS COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/30/2015 4:17:14 PM
LISA MATZ
Clerk

# Defendant's Motion to Withdraw Appeal

TO THE OFFICIAL COURT REPORTER:

NOW COMES THE DEFENDANT/APPELLANT and requests that the notice of appeal previously filed by the defendant/appellant pro se be withdrawn. Said notice was filed on October 14, 2015.

Jerry Nolan, the defendant/appellant in this case, after consulting with his appointed counsel Ronald L. Goranson, hereby states that Mr. Goranson has explained his rights to appeal in situations where there was a plea bargain followed by the trial court and where he, the defendant/appellant has filed a waiver of appeal. Defendant /Appellant has also discussed possible grounds of error on appeal and how some grounds are better raised in an Art. 11.07 Texas Code of Criminal Procedure writ of habeas corpus. Mr. Goranson has given defendant/appellant copies of the relevant plea documents and notifications filed in this case. After this consultation, Defendant/appellant hereby knowingly and intentionally wishes to withdraw his notice of appeal.

**Defendant's Motion to Withdraw Appeal**                                     Page 1 of 4

I, Jerry Nolan, acknowledge that my attorney has explained to me, and I have read and understand the above Motion to Withdraw Appeal and that I am signing this motion to withdraw my appeal knowingly, freely and voluntarily, with full understanding of the consequences. I hereby ask the trial court to accept this request to withdraw my appeal.

_____
Jerry Nolan

I, Ronald L. Goranson, hereby state that I have consulted with Jerry Nolan, whom I believe to be competent, concerning the withdrawal of the appeal in this case and that I have advised him of his rights concerning appeals. I approve and agree with his choice to withdraw this appeal and ask the trial court to accept this withdrawal.

Respectfully submitted,

_____
RONALD L. GORANSON
One Quadrangle Tower, Suite 675
2828 Routh Street, LB 10,
Dallas, Texas 75201
(214) 651.1122
(214) 871-0620 (fax)
RLGatty@aol.com
State Bar No. 08195000

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY THAT** on October 30, 2015, a true and correct copy of the above and foregoing was forwarded to the Assistant District Attorney of Dallas County, Texas, assigned to this case and to the Court Reporter assigned to the Court.

RONALD L. GORANSON